**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Harry Warshawsky, | No. CV-25-00104-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendant. | |

Plaintiff Justin Harry Warshawsky filed an amended motion seeking issuance of a subpoena to depose a non-party. (Doc. 56.) The proposed subpoena does not comply with Fed. R. Civ. P. 45(c)(1)(A).

Accordingly,

**IT IS ORDERED** the Motion for Issuance (Doc. 56) is **DENIED**.

Dated this 15th day of September, 2025.

Honorable Krissa M. Lanham
United States District Judge